BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGWINDER SIDHU, | ) |
| | ) Case No.: 2:14-cv-1911 TLN EFB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEH JOHNSON, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of his adjustment of status application by U.S. Citizenship and Immigration Services (USCIS). The parties stipulate to an extension in which to file the joint scheduling report and the government's answer, in order to explore the possibility of a resolution of this matter at the administrative level, until December 15, 2014.

Dated: October 14, 2014                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       s/ Audrey B. Hemesath
                                       AUDREY B. HEMESATH
                                       Assistant United States Attorney

1

s/ Douglas Lehrman
DOUGLAS LEHRMAN
Attorney for the Plaintiff

ORDER

The time for the filing of the joint status report and the government's answer is extended to December 15, 2014.

Dated:  October 30, 2014

_____
Troy L. Nunley
United States District Judge