BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGWINDER SIDHU,<br><br>            Plaintiff,<br><br>  v.<br><br>JEH JOHNSON, et al.,<br><br>            Defendants. | Case No.: 2:14-cv-1911 TLN EFB<br><br>**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

     This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of his adjustment of status application by U.S. Citizenship and Immigration Services (USCIS). Plaintiff was interviewed on December 2, 2014, in conjunction with the application, and UCIS issued a request for evidence. A response to the request for evidence is due February 24, 2015. Accordingly, the parties stipulate to extend the time for filing an answer to March 24, 2015.

Dated:  December 3, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Douglas Lehrman
DOUGLAS LEHRMAN
Attorney for the Plaintiff

## ORDER

The time for the filing of the joint status report and the government's answer is extended to March 24, 2015.

Dated:  December 16, 2014

Troy L. Nunley
United States District Judge

2